In the Matter of the Claim of JOSEPH BERGEN.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant.

INTERNATIONAL ELEVATING COMPANY, Respondent.

Submitted January 4, 1943; decided January 14, 1943.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   [See 289 N. Y. 119.]

In the Matter of the Claim of JAMEL SHEREDOS.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant.

LAKE TANKERS CORPORATION, Respondent.

In the Matter of the Claim of JAMES R. KNOWLSON.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant.

MATTON STEAMBOAT Co., INC., et al., Respondents.

Submitted January 4, 1943; decided January 14, 1943.

Motions to amend remittiturs denied, with ten dollars costs and necessary printing disbursements.   [See 289 N. Y. 119.]